UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRA SAVAGE,

              Plaintiff(s),              Case Number: 07-10436

v.                                                Honorable Arthur J. Tarnow

PATRICIA CARUSO, et al.,,            Magistrate Judge R. Steven Whalen

              Defendant(s),

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 20], GRANTING DEFENDANT'S MOTION TO DISMISS/SUMMARY JUDGMENT [DE 13], AND DISMISSING CASE

      The Court has reviewed Magistrate Judge Whalen's Report and Recommendation, as well as the relevant pleadings. No objections have been filed. The Court agrees with the Report and Recommendation. Therefore,

      IT IS HEREBY ORDERED that the Report and Recommendation [DE 20] is ADOPTED as the findings and conclusions of the Court.

      IT IS FURTHER ORDERED that Defendant's motion to dismiss/summary judgment [DE 13] is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

      SO ORDERED.

                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: March 13, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2008, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager